**COMCAST CABLE COMMUNICATIONS, LLC, Plaintiff–Appellee,**

v.

**FINISAR CORPORATION, Defendant–Appellant.**

No. 2008–1506.

United States Court of Appeals, Federal Circuit.

April 10, 2009.

David J. Silbert, Keker & Van Nest, LLP, of San Francisco, California, argued for plaintiff-appellee. With him on the brief were Daralyn J. Durie, and Ajay S. Krishnan.

Larry R. Laycock, Workman Nydegger, of Salt Lake City, Utah, argued for defendant-appellant. Of counsel were Charles L. Roberts, C.J. Veverka, and David R. Todd.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.